51 So.2d 914

**Fred LEVERETT v. STATE.**
**7 Div. 89.**

Court of Appeals of Alabama.
Jan. 30, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.
Affirmed.

48 So.2d 892

**Austin, alias Chicken, LEWIS v. STATE.**
**8 Div. 935.**

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 916

**Austin (alias Chicken) LEWIS v. STATE.**
**8 Div. 790.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

44 So.2d 916

**Austin LEWIS v. STATE.**
**8 Div. 791.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

45 So.2d 870

**Austin LEWIS v. STATE.**
**8 Div. 849.**

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

45 So.2d 870

**Austin, alias Chicken, LEWIS v. STATE.**
**8 Div. 868.**

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.